BRIDGET A. BURKE and Others, as Trustees, etc., of TOBIAS H. BURKE, Deceased, Respondents, v. FRANCIS COLETY and Others, Defendants, Impleaded with GEORGE NECKLES, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant George Neckles to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will of HARVEY H. WARE, Deceased.— Decree and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARAH SCOTT, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Estate of FLOYD S. CORBIN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before the 25th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SYLVIA LIEBERMAN v. CARLTON LAND SALES COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before the 24th day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LILLIAN KALISH v. EMANUEL KALISH.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before the 23d day of May, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ZUZI STANEK v. WILLIAM KENT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on the 7th day of June, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN LOWRY, INC., Respondent, v. ALRICH H. MAN and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN J. HALLERAN, Appellant, v. CITY OF NEW YORK and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ. [132 Misc. 73.]

LAURA ENGLANDER, Respondent, v. LET REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

VICTOR ENGLANDER, Respondent, v. LET REALTY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

EMIL GROSS, Respondent, Appellant, v. HENRY B. WELSH, Appellant, Respondent, and B. TITMAN COMPANY, Respondent.— Judgment affirmed, with costs to the defendant B. Titman Company against the appellants. No opinion. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.